...
PS 8
(5/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE U.S. DISTRICT COURT EASTERN DISTRICT OF WASHINGTON FEB 28 2014 SEAN F. McAVOY, CLERK ___DEPUTY YAKIMA, WASHINGTON

U.S.A. vs.    French, Shanna Rene    Docket No.    0980 2:13CR06051-002

**Petition for Action on Conditions of Pretrial Release**

COMES NOW, Curt Hare, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Shanna Rene French, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James P. Hutton sitting in the court at Yakima, Washington, on the 29 day of July, 2014 under the following conditions:

**Standard Condition No. 1**: Defendant shall not commit any offense in violation of federal, state or local law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation No. 1**: According to multiple witnesses, Ms. French has made repeated threats against the U.S. Probation & Pretrial Services Office. The defendant has stated, "They (probation officers) murdered my husband and they are going to pay for it." "They caused him so much stress it murdered him and they need to pay." "They are going to pay for what they did to my husband." According to witnesses, Ms. French also made threatening comments that apply to herself. She made the comment that she has nothing to live for and the only reason she is staying alive is to watch the probation officers pay for what they did to her husband. The above threats constitute a violation of 18 U.S.C. § 115(a)(1)(B).

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:    February 28, 2014

by    s/Curtis G. Hare

Curtis G. Hare
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[×] The Issuance of a Summons
[ ] Other

J.P. Hutton
Signature of Judicial Officer

2/28/2014
Date